<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF VERMONT |
| Case number *(if known)* _____  Chapter **7** |

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Corbyn & Topper Hospitality, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Michael's On The Hill** <br> **DBA  Michael's On The Mountain** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **93-2359518** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **4182 Waterbury-Stowe Road** <br> **Waterbury Center, VT 05677** <br> Number, Street, City, State & ZIP Code <br><br> **Washington** <br> County | **Mailing address, if different from principal place of business** <br><br> **717 Maple Street** <br> **Stowe, VT 05672** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.michaelsonthehill.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Corbyn & Topper Hospitality, LLC**                                    Case number (*if known*) _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7225**____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Corbyn & Topper Hospitality, LLC** _____ Case number (*if known*) _____
Name

| List all cases. If more than 1, attach a separate list | Debtor | **Byberry, LLC** | Relationship | **Common Membership** |
|---|---|---|---|---|
| | District | **Vermont** When **5/01/26** | Case number, if known | **Being filed concurre** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Corbyn & Topper Hospitality, LLC**                                    Case number (*if known*) _____
         Name

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  4, 2026**
              MM / DD / YYYY

**X** **/s/ Andrew Kohn**                                          **Andrew Kohn**
Signature of authorized representative of debtor                   Printed name

Title   **Member/Manager**

---

**18. Signature of attorney**

**X** **/s/ Michael B. Fisher**                          Date   **May  4, 2026**
Signature of attorney for debtor                                MM / DD / YYYY

**Michael B. Fisher**
Printed name

**Fisher Law Offices, PLLC**
Firm name

**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
Number, Street, City, State & ZIP Code

Contact phone   **(603) 643-1313**      Email address   **fisher@mbfisherlaw.com**

**VT**
Bar number and State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Corbyn & Topper Hospitality, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF VERMONT</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  4, 2026**          X **/s/ Andrew Kohn**
                                          Signature of individual signing on behalf of debtor

                                          **Andrew Kohn**
                                          Printed name

                                          **Member/Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Corbyn & Topper Hospitality, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $ **27,105.33**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $ **27,105.33**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **1,005,270.71**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **555,050.77**

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b      $ **1,560,321.48**

**Fill in this information to identify the case:**

Debtor name   **Corbyn & Topper Hospitality, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                        **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Union Bank** | **Checking** | **3778** | **$1,105.33** |
| 3.2. | **Union Bank** | **Checking** | **1244** | **$15,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$16,105.33**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Corbyn & Topper Hospitality, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Liquor and wine inventory with number of units:** **Gerry Chambewrtin Les Evocelles - 2** **Teutonic Pinot Noir** **Patricia Green Freedom Hill Pinot Noir** **Bourgogne Chant de Muses - 3** **Beaune '18 Dominique Lafon** **Ultraviolet Zinfandel - 2** **Chateau Meyney Saint Estephe - 2** **Terre Rouge Syrah - 4** **Chateau Haut Veyrac Saint Emilien - 3** **Fuerza '20 - 5** **Erbaluce di Caluso Giacometto Bruno - 2** **Luigi Giordano Brut Nature - 4** **Giacomo Fenocchio Barolo - 2** **Chateau de Saint Cosme Gigondas - 2** **GD Vajra Barbera d'Alba - 2** **Morgon '24** **Quest Cabernet Franc - 11** **Stolpman Vineyards Sangiovese** **Stel and Mar Proprietary Red - 3** **Vinatiago Listan Negro - 3** **Chateau Cobel. la-Serre Cahors - 2** | | **$0.00** | **Recent cost** | **$10,000.00** |

Debtor    **Corbyn & Topper Hospitality, LLC**                              Case number *(If known)* _____
          Name

22.  **Other inventory or supplies**
     **Location: Attic**
     **Various Christmas**
     **decorations**                                              **$0.00**                          **$0.00**

23.  **Total of Part 5.**                                                                **$10,000.00**

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ■ No
     ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Location: Office** **Desktop computer; printer; two (2) air conditioners; two (2) desks, filing cabinet, various shelving and general office supplies** | **$0.00** | **Liquidation** | **$1,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                **$1,000.00**

     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor      **Corbyn & Topper Hospitality, LLC**                                 Case number *(If known)* _____
                 Name

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Location: Kitchen**<br><br>**Dishwasher (leased); three (3) stoves; 1 large clear door refrigerator; 1 large freezer; 1 chest freezer; pots/pans/cooking utensils; Salamander 3 cold prep station; warm prep stations; metal prep tables of various sizes; microwave; racks and shelving; large floor mixer; sous vide machine; ice cream maker** | **$0.00** | | **Unknown** |
| **Location: Front of the house**<br><br>**2 large velvet couches - $4000; Coffee table - 2; 2 Wingback Chairs; 2 front of house chairs; 4 Jim Westphalia photographs - $10,000; Original Michael's artwork from VT artist C. Allenson; 4 (1 original, 1 tryptic) Brooklyn artist - $4000; Monogrammed chairs - 87; Bar seats - 4; Tables in various states - 35; Corner cupboard; Host stand; Large standing shelving units - 3; Wine racks - 6; hutch; 2 serving stations; wine refrigerator; bar equipment; various size dishwater - 150; Glassware - 100 (some Riedel); Silverware - 100 serving sets; Free standing champagne buckets ; 2 Table votives - 50; Electronic tea lights - 75; three (3) coffee machines** | **$0.00** | | **Unknown** |

Debtor   **Corbyn & Topper Hospitality, LLC**                    Case number *(If known)* _____
          Name

**Location: Basement**

| | | |
|---|---|---|
| **Catering supplies including hot plates, large folding tables, dry storage (bathroom and kitchen supplies), five (5) sets of bistro tables and chairs, two (2) standing umbrellas and two (2) sets of outside dining tables and chairs** | **$0.00** | **Unknown** |

51.   **Total of Part 8.**                                                   **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor **Corbyn & Topper Hospitality, LLC**                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,105.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,105.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,105.33 |

**Fill in this information to identify the case:**

Debtor name **Corbyn & Topper Hospitality, LLC**

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Corporation Service Company**<br>Creditor's Name<br>**as representative**<br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**November 14, 2025**<br>**Last 4 digits of account number**<br>**Unknown**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>_____<br><br>**Describe the lien**<br>**UCC Financing Statement 25-107577**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| **2.2 Corporation Service Company**<br>Creditor's Name<br>**as representative**<br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**November 14, 2025**<br>**Last 4 digits of account number**<br>**Unknown** | **Describe debtor's property that is subject to a lien**<br><br>_____<br><br>**Describe the lien**<br>**UCC Financing Statement 25-107578**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **$0.00** |

Debtor   **Corbyn & Topper Hospitality, LLC**                          Case number (if known) _____
        Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **CT Corporation System, as representative** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Boulevard Suite 700, Attn: SPRS Glendale, CA 91203**
Creditor's mailing address

**Future receipts**

**Describe the lien**
**UCC Financing Statement 26-109945**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 23, 2026**
**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **National Bank of MIddlebury** | **Describe debtor's property that is subject to a lien** | **$530,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**30 Main Street P.O. Box 189 Middlebury, VT 05753-0189**
Creditor's mailing address

**All assets**

**Describe the lien**
**UCC Financing Statement 23-429874**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 20, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Vermont Economic Development Authority** | **Describe debtor's property that is subject to a lien** | **$475,270.71** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**58 East State Street Suite 5 Montpelier, VT 05602**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

Debtor  **Corbyn & Topper Hospitality, LLC**                    Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **UCC Financing Statement 23-430062** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **September 7, 2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7701** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,005,270.71**

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Primmer Piper Eggleston & Cramer, P.C.**<br>**30 Main Street, Suite 500**<br>**P.O. Box 1489**<br>**Attn: Ryan M. Long, Esq.**<br>**Burlington, VT 05402** | Line __2.4__ | |
| **Vermont Small Business Development Corp.**<br>**58 East State Street**<br>**Suite 5**<br>**Montpelier, VT 05602** | Line __2.5__ | |

**Fill in this information to identify the case:**

Debtor name    **Corbyn & Topper Hospitality, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**    **$0.00**

**Angelina Musto**
**54 Walton Road**
**Morrisville, VT 05661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**    **$0.00**

**Brady Milligan**
**5809 Waterbury-Stowe Road**
**Waterbury Center, VT 05677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Corbyn & Topper Hospitality, LLC**                              Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Elise Wipaki**
**P.O. Box 1586**
**Morrisville, VT 05661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Gavin Cardoz**
**196 Stagecoach Road**
**Morrisville, VT 05661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Heather Gray**
**25 Silver Road**
**East Hardwick, VT 05836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

Debtor   **Corbyn & Topper Hospitality, LLC**                    Case number (if known) _____
         Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**John Holberg**
**639 Brook Road**
**Wolcott, VT 05680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Leonard Gershfeld**
**6160 Route 66**
**Randolph Center, VT 05061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Matthew Hess**
**785 Stagecoach Road**
**Stowe, VT 05672**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Meaghan Minogue**
**88 Fenimore Street 32**
**Morrisville, VT 05661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor   **Corbyn & Topper Hospitality, LLC**              Case number (if known) _____
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.11  Priority creditor's name and mailing address

**Michael Paige**
**341 Finch Hill Road**
**Hyde Park, VT 05655**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former employee - notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

2.12  Priority creditor's name and mailing address

**Vermont Department of Labor**
**5 Green Mountain Drive**
**P.O. Box 488**
**Montpelier, VT 05601-0488**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

2.13  Priority creditor's name and mailing address

**Vermont Department of Liquor and**
**Lottery**
**c/o VT Attorney General**
**109 State Street**
**Montpelier, VT 05609-1001**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

2.14  Priority creditor's name and mailing address

**Vermont Department of Taxes**
**Bankruptcy Unit, 3rd Floor**
**109 State Street**
**P.O. Box 429**
**Montpelier, VT 05601-0429**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Corbyn & Topper Hospitality, LLC**                     Case number (if known) _____
         Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,591.87** |
|---|---|---|---|

**American Express Bank, N.A.**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  1001**

**Basis for the claim:  Blue Business Cash credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,003.84** |
|---|---|---|---|

**BHG Hospitality Group**
**28 Gertrude Street**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was**
**incurred  November 2024-April 2026**

**Last 4 digits of account number  _**

**Basis for the claim:  Consulting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.58** |
|---|---|---|---|

**Casella Waste Services**
**P.O. Box 1372**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  February 2026**

**Last 4 digits of account number  1477**

**Basis for the claim:  Trash services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,059.78** |
|---|---|---|---|

**Chase Bank USA, N.A.**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  3341**

**Basis for the claim:  Ink Unlimited credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$639.74** |
|---|---|---|---|

**Chase Bank USA, N.A.**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  4333**

**Basis for the claim:  Ink Unlimited credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$181.99** |
|---|---|---|---|

**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  8630**

**Basis for the claim:  Telecommunications utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Donald Jones**
**717 Maple Street**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

**Basis for the claim:  Personal loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Corbyn & Topper Hospitality, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,586.72**

**Foley Services Incoporated**
**P.O. Box 99**
**Rutland, VT 05702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 2026**

Basis for the claim:  **Linens**

**Last 4 digits of account number  3000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Go Time Property Management LLC**
**3105 River Road**
**Waterbury, VT 05676**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:  **Lawn care/snow removal**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,861.75**

**Green Mountain Power**
**P.O. Box 1325**
**Williston, VT 05495-1325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:  **Electric utility**

**Last 4 digits of account number  8363**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,000.00**

**Itria Ventures, LLC**
**One Penn Plaza**
**Suite 4915**
**Attn: General Counsel**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  November 12, 2025**

Basis for the claim:  **Receivables Sales Agreement**

**Last 4 digits of account number  2645**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.88**

**J.C. Ehrlich, A Rentokil Company**
**P.O. Box 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Unknown**

Basis for the claim:  **Pest control/maintenance**

**Last 4 digits of account number  3026**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462.00**

**Music Services of Vermont, Inc.**
**1414 South Brownell Road**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  October 2025**

Basis for the claim:  **Audio maintenance**

**Last 4 digits of account number  MOH**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.92**

**Myers Container Service Corp.**
**P.O. Box 38**
**Winooski, VT 05404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim:  **Trash services**

**Last 4 digits of account number  1707**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Corbyn & Topper Hospitality, LLC**                                          Case number (if known) _____
          Name

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

**Naked Acre**
**3455 Centerville Road**
**Hyde Park, VT 05655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,125.45**

**Performance Foodservice**
**P.O. Box 8654**
**Essex, VT 05451-8654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**

Basis for the claim:  **Inventory**

Last 4 digits of account number  **2281**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,168.38**

**Performance Foodservice - Black River**
**P.O. Box 489**
**North Springfield, VT 05150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Inventory**

Last 4 digits of account number  **6606**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,775.00**

**QuickBooks Online**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Online bookkeeping service**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138,000.00**

**Reliable Capital Advance, LLC**
**1178 Broadway**
**Floor 3, #2011**
**Attn: General Counsel**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 9, 2026**

Basis for the claim:  **Sale of Future Receivables Agreement**

Last 4 digits of account number  **3041**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$399.00**

**Resy Network, Inc.**
**222 Broadway**
**17th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Platform 360 monthly access fee**

Last 4 digits of account number  **0781**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$439.51**

**Suburban Propane**
**P.O. Box 160**
**Whippany, NJ 07981-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2026**

Basis for the claim:  **Fuel**

Last 4 digits of account number  **6925**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Corbyn & Topper Hospitality, LLC**
          Name
                                                      Case number (if known) _____

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toast**
**333 Summer Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:  Payroll services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73.36** |
|---|---|---|---|

**Town of Stowe**
**P.O. Box 190**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:  Electric utility**

**Last 4 digits of account number  4243**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** **c/o United States Attorney** **11 Elmwood Avenue, 3rd Floor** **P.O. Box 570** **Burlington, VT 05402** | Line **2.6** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Performance Food Group** **Corporate Credit Department** **100 Harborview Plaza,  Suite 200** **La Crosse, WI 54601** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Vermont Department of Labor** **c/o VT Attorney General** **109 State Street** **Montpelier, VT 05609-1001** | Line **2.12** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Vermont Department of Taxes** **133 State Street** **Montpelier, VT 05633-1401** | Line **2.14** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Vermont Department of Taxes** **P.O. Box 588** **Montpelier, VT 05601-0588** | Line **2.14** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Wilkie Puchi, LLP** **228 Park Avenue South** **PMB 163250** **Attn: Blake Wilkie, Esq.** **New York, NY 10003** | Line **3.19** ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 555,050.77 |

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            **Page 8 of 9**

Debtor    **Corbyn & Topper Hospitality, LLC**                Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                                   5c.    $ _____ **555,050.77**

**Fill in this information to identify the case:**

Debtor name      **Corbyn & Topper Hospitality, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for Unit 1 of 1799 Mountain Road (roughly 1,344 square feet) until October 2029** | |
| | State the term remaining | **42 Months** | **Andante Concerto, LLC** |
| | List the contract number of any government contract | | **1799 Mountain Road Suite 6 Stowe, VT 05672-4390** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for real property where debtor operated the restaurant "Michael's On The Hill"** | |
| | State the term remaining | **September 19, 2043** | **Byberry, LLC** |
| | List the contract number of any government contract | | **717 Maple Street Stowe, VT 05672** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Corbyn & Topper Hospitality, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrew Kohn** | **717 Maple Street Stowe, VT 05672** | **Reliable Capital Advance, LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.2 | **Broadway Thresher, LLC** | **4058 Columbus Road Canton, OH 44705** | **Reliable Capital Advance, LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.3 | **Byberry, LLC** | **717 Maple Street Stowe, VT 05672** | **Reliable Capital Advance, LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.4 | **Donald Jones** | **717 Maple Street Stowe, VT 05672** | **Reliable Capital Advance, LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.5 | **Jones & Kohn Hospitality, LLC** | **717 Maple Street Stowe, VT 05672** | **Reliable Capital Advance, LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |

Debtor **Corbyn & Topper Hospitality, LLC**  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

2.6 **Jones & Kohn, LLC**  **717 Maple Street Stowe, VT 05672**  **Reliable Capital Advance, LLC**  ☐ D _____ ■ E/F __**3.19**__ ☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Corbyn & Topper Hospitality, LLC**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$297,336.05** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$1,349,159.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$1,780,635.00** |
| **For the fiscal year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$644,850.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Corbyn & Topper Hospitality, LLC**                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Itria Ventures, LLC** | **$5,000 weekly** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |
| 3.2.   **Revenued, LLC**<br>**55 Almeria Avenue**<br>**2nd Floor**<br>**Attn: General Counsel**<br>**Miami, FL 33134** | **$2,200 weekly** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Jones & Kohn Hospitality, LLC**<br>**717 Maple Street**<br>**Stowe, VT 05672**<br>**Common ownership** | **Monthly** | **Unknown** | **Repayment of loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **Corbyn & Topper Hospitality, LLC** _____    Case number *(if known)* _____

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Reliable Capital Advance, LLC v. Corbyn & Topper Hospitality, LLC d/b/a Corbyn & Topper Hospitality, Donald Erick Jones, Andrew E. Kohn, Jones & Kohn Hospitality, LLC, Jones & Kohn, LLC and Byberry, LLC**<br>**2026-42481** | **Breach of contract and breach of guaranty** | **Supreme Court of the State of New York**<br>**County of Washington** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Corbyn & Topper Hospitality, LLC** _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Fisher Law Offices, PLLC 45 Lyme Road, Suite 205 Hanover, NH 03755** | **Attorney Fees** | **March 5, 2026** | **$250.00** |
| **Email or website address fisher@mbfisherlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Fisher Law Offices, PLLC 45 Lyme Road, Suite 205 Hanover, NH 03755** | **Attorney Fees** | **March 25, 2026** | **$1,375.00** |
| **Email or website address fisher@mbfisherlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Fisher Law Offices, PLLC 45 Lyme Road, Suite 205 Hanover, NH 03755** | **Attorney Fees ($5,375.00) and Court Filing Fees ($338.00)** | **May 1, 2026** | **$5,713.00** |
| **Email or website address fisher@mbfisherlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor   **Corbyn & Topper Hospitality, LLC**_____     Case number *(if known)*_____

| Address | Dates of occupancy From-To |
|---|---|
| | |

<div style="background:black;color:white"><strong>Part 8:</strong></div> **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black;color:white"><strong>Part 9:</strong></div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white"><strong>Part 10:</strong></div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **National Bank of Middlebury 30 Main Street P.O. Box 189 Middlebury, VT 05753-0189** | **XXXX-9756** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **April 2026** | **$230.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Corbyn & Topper Hospitality, LLC**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor **Corbyn & Topper Hospitality, LLC**                                      Case number *(if known)* _____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bilodeau Wells and Co.**<br>**20 Main Street**<br>**P.O. Box 687**<br>**Attn: Brett Walker**<br>**Essex Junction, VT 05453** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **BHG Hospitality Group**<br>**28 Gertrude Street**<br>**Watertown, MA 02472** | **2024-2026** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Kohn** | **717 Maple Street**<br>**Stowe, VT 05672** | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Jones** | **717 Maple Street**<br>**Stowe, VT 05672** | **Member** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Corbyn & Topper Hospitality, LLC**                          Case number *(if known)*

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Andrew Kohn**<br>**717 Maple Street**<br>**Stowe, VT 05672** | **$70,000** | **Weekly payroll** | **Manager of restaurant** |
|  | Relationship to debtor<br>**Member/Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  4, 2026**

**/s/ Andrew Kohn**                                      **Andrew Kohn**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Vermont

In re   **Corbyn & Topper Hospitality, LLC**                                    Case No.
                                         Debtor(s)              Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   | |
|---|---|
| For legal services, I have agreed to accept | $ **7,000.00** |
| Prior to the filing of this statement I have received | $ **7,000.00** |
| Balance Due | $ **0.00** |

2.   $ **338.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [List other services that counsel has agreed to provide]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  4, 2026**                                    **/s/ Michael B. Fisher**
*Date*                                              **Michael B. Fisher**
                                                    *Signature of Attorney*
                                                    **Fisher Law Offices, PLLC**
                                                    **45 Lyme Road, Suite 205**
                                                    **Hanover, NH 03755**
                                                    **(603) 643-1313**
                                                    **fisher@mbfisherlaw.com**
                                                    *Name of law firm*

## United States Bankruptcy Court
### District of Vermont

In re   **Corbyn & Topper Hospitality, LLC** _____   Case No. _____
                                    Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **May  4, 2026** _____         **/s/ Andrew Kohn** _____

                                                    **Andrew Kohn**/**Member/Manager**
                                                    Signer/Title

American Express Bank, N.A.
P.O. Box 1270
Newark, NJ 07101-1270

Andante Concerto, LLC
1799 Mountain Road
Suite 6
Stowe, VT 05672-4390

Andrew Kohn
717 Maple Street
Stowe, VT 05672

Angelina Musto
54 Walton Road
Morrisville, VT 05661

BHG Hospitality Group
28 Gertrude Street
Watertown, MA 02472

Brady Milligan
5809 Waterbury-Stowe Road
Waterbury Center, VT 05677

Broadway Thresher, LLC
4058 Columbus Road
Canton, OH 44705

Byberry, LLC
717 Maple Street
Stowe, VT 05672

Casella Waste Services
P.O. Box 1372
Williston, VT 05495

Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Corporation Service Company
as representative
P.O. Box 2576
Springfield, IL 62708

CT Corporation System, as representative
330 N Brand Boulevard
Suite 700, Attn: SPRS
Glendale, CA 91203

Donald Jones
717 Maple Street
Stowe, VT 05672

Elise Wipaki
P.O. Box 1586
Morrisville, VT 05661

Foley Services Incoporated
P.O. Box 99
Rutland, VT 05702

Gavin Cardoz
196 Stagecoach Road
Morrisville, VT 05661

Go Time Property Management LLC
3105 River Road
Waterbury, VT 05676

Green Mountain Power
P.O. Box 1325
Williston, VT 05495-1325

Heather Gray
25 Silver Road
East Hardwick, VT 05836

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o United States Attorney
11 Elmwood Avenue, 3rd Floor
P.O. Box 570
Burlington, VT 05402

Itria Ventures, LLC
One Penn Plaza
Suite 4915
Attn: General Counsel
New York, NY 10119

J.C. Ehrlich, A Rentokil Company
P.O. Box 13848
Reading, PA 19612-3848

John Holberg
639 Brook Road
Wolcott, VT 05680

Jones & Kohn Hospitality, LLC
717 Maple Street
Stowe, VT 05672

Jones & Kohn, LLC
717 Maple Street
Stowe, VT 05672

Leonard Gershfeld
6160 Route 66
Randolph Center, VT 05061

Matthew Hess
785 Stagecoach Road
Stowe, VT 05672

Meaghan Minogue
88 Fenimore Street 32
Morrisville, VT 05661

Michael Paige
341 Finch Hill Road
Hyde Park, VT 05655

Music Services of Vermont, Inc.
1414 South Brownell Road
Williston, VT 05495

Myers Container Service Corp.
P.O. Box 38
Winooski, VT 05404

Naked Acre
3455 Centerville Road
Hyde Park, VT 05655

National Bank of MIddlebury
30 Main Street
P.O. Box 189
Middlebury, VT 05753-0189

Performance Food Group
Corporate Credit Department
100 Harborview Plaza,  Suite 200
La Crosse, WI 54601

Performance Foodservice
P.O. Box 8654
Essex, VT 05451-8654

Performance Foodservice - Black River
P.O. Box 489
North Springfield, VT 05150

Primmer Piper Eggleston & Cramer, P.C.
30 Main Street, Suite 500
P.O. Box 1489
Attn: Ryan M. Long, Esq.
Burlington, VT 05402

QuickBooks Online
2700 Coast Avenue
Mountain View, CA 94043

Reliable Capital Advance, LLC
1178 Broadway
Floor 3, #2011
Attn: General Counsel
New York, NY 10001

Resy Network, Inc.
222 Broadway
17th Floor
New York, NY 10038

Suburban Propane
P.O. Box 160
Whippany, NJ 07981-1060

Toast
333 Summer Street
Boston, MA 02210

Town of Stowe
P.O. Box 190
Stowe, VT 05672

Vermont Department of Labor
5 Green Mountain Drive
P.O. Box 488
Montpelier, VT 05601-0488

Vermont Department of Labor
c/o VT Attorney General
109 State Street
Montpelier, VT 05609-1001

Vermont Department of Liquor and Lottery
c/o VT Attorney General
109 State Street
Montpelier, VT 05609-1001

Vermont Department of Taxes
Bankruptcy Unit, 3rd Floor
109 State Street
P.O. Box 429
Montpelier, VT 05601-0429

```
Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401

Vermont Department of Taxes
P.O. Box 588
Montpelier, VT 05601-0588

Vermont Economic Development Authority
58 East State Street
Suite 5
Montpelier, VT 05602

Vermont Small Business Development Corp.
58 East State Street
Suite 5
Montpelier, VT 05602

Wilkie Puchi, LLP
228 Park Avenue South
PMB 163250
Attn: Blake Wilkie, Esq.
New York, NY 10003
```

# United States Bankruptcy Court
### District of Vermont

In re   **Corbyn & Topper Hospitality, LLC**      Case No.

Debtor(s)      Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Corbyn & Topper Hospitality, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  4, 2026**

Date

**/s/ Michael B. Fisher**

**Michael B. Fisher**

Signature of Attorney or Litigant

Counsel for   **Corbyn & Topper Hospitality, LLC**

**Fisher Law Offices, PLLC**

**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
**(603) 643-1313**
**fisher@mbfisherlaw.com**