**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Corbyn & Topper Hospitality, LLC** <br><br> Name | EIN  **93–2359518** |
| United States Bankruptcy Court  **District of Vermont** <br><br> Case number:  **26–10108** | | Date case filed for chapter  **7   5/4/26** |

## Official Form 309C AMENDED (For Corporations or Partnerships)

## Amended Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/15

### NEW DATE

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Corbyn & Topper Hospitality, LLC | |
| 2. | **All other names used in the last 8 years** | dba Michael's On The Hill, dba Michael's On The Mountain | |
| 3. | **Address** | 717 Maple Street <br> Stowe, VT 05672 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael Bryan Fisher <br> Fisher Law Offices, PLLC <br> 45 Lyme Road <br> Suite 205 <br> Hanover, NH 03755 | Contact phone 603–643–1313 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Raymond J Obuchowski, Chapter 7 Trustee <br> PO Box 60 <br> Bethel, VT 05032–0060 | Contact phone (802) 234–6244 <br> Email _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U. S. Bankruptcy Court – Burlington <br> 11 Elmwood Ave. Suite 240 <br> P.O. Box 1663 <br> Burlington, VT 05402–1663 | Hours open: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone (844) 644–7459 <br><br> Date: 5/4/26 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 3, 2026 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 723 329 3655, and Passcode 6802446189, OR call 1 (401) 237–7469** <br><br> For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. | |

| | |
|---|---|
| **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

United States Bankruptcy Court

District of Vermont

In re:                                                                              Case No. 26-10108-hzc

Corbyn & Topper Hospitality, LLC                                                    Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2                          User: admin                          Page 1 of 3

Date Rcvd: May 04, 2026                       Form ID: 309camnd                     Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corbyn & Topper Hospitality, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891078 | | Andante Concerto, LLC, 1799 Mountain Road, Suite 6, Stowe, VT 05672-4390 |
| 891079 | + | Andrew Kohn, 717 Maple Street, Stowe, VT 05672-4250 |
| 891080 | + | Angelina Musto, 54 Walton Road, Morrisville, VT 05661-8987 |
| 891081 | + | BHG Hospitality Group, 28 Gertrude Street, Watertown, MA 02472-1177 |
| 891082 | + | Brady Milligan, 5809 Waterbury-Stowe Road, Waterbury Center, VT 05677-8078 |
| 891083 | | Broadway Thresher, LLC, 4058 Columbus Road, Canton, OH 44705 |
| 891084 | + | Byberry, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891085 | + | Casella Waste Services, P.O. Box 1372, Williston, VT 05495-1372 |
| 891090 | + | Donald Jones, 717 Maple Street, Stowe, VT 05672-4250 |
| 891091 | + | Elise Wipaki, P.O. Box 1586, Morrisville, VT 05661-1586 |
| 891092 | + | Foley Services Incoporated, P.O. Box 99, Rutland, VT 05702-0099 |
| 891093 | + | Gavin Cardoz, 196 Stagecoach Road, Morrisville, VT 05661-9035 |
| 891094 | + | Go Time Property Management LLC, 3105 River Road, Waterbury, VT 05676-9494 |
| 891095 | | Green Mountain Power, P.O. Box 1325, Williston, VT 05495-1325 |
| 891096 | + | Heather Gray, 25 Silver Road, East Hardwick, VT 05836-9606 |
| 891098 | + | Internal Revenue Service, c/o United States Attorney, 11 Elmwood Avenue, 3rd Floor, P.O. Box 570, Burlington, VT 05402-0570 |
| 891100 | | J.C. Ehrlich, A Rentokil Company, P.O. Box 13848, Reading, PA 19612-3848 |
| 891101 | + | John Holberg, 639 Brook Road, Wolcott, VT 05680-4295 |
| 891102 | + | Jones & Kohn Hospitality, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891103 | + | Jones & Kohn, LLC, 717 Maple Street, Stowe, VT 05672-4250 |
| 891104 | + | Leonard Gershfeld, 6160 Route 66, Randolph Center, VT 05061-9469 |
| 891105 | + | Matthew Hess, 785 Stagecoach Road, Stowe, VT 05672-5348 |
| 891106 | + | Meaghan Minogue, 88 Fenimore Street 32, Morrisville, VT 05661-6159 |
| 891107 | + | Michael Paige, 341 Finch Hill Road, Hyde Park, VT 05655-9359 |
| 891108 | + | Music Services of Vermont, Inc., 1414 South Brownell Road, Williston, VT 05495-6905 |
| 891109 | + | Myers Container Service Corp., P.O. Box 38, Winooski, VT 05404-0038 |
| 891110 | + | Naked Acre, 3455 Centerville Road, Hyde Park, VT 05655-9071 |
| 891112 | + | Performance Food Group, Corporate Credit Department, 100 Harborview Plaza, Suite 200, La Crosse, WI 54601-4291 |
| 891113 | | Performance Foodservice, P.O. Box 8654, Essex, VT 05451-8654 |
| 891114 | + | Performance Foodservice - Black River, P.O. Box 489, North Springfield, VT 05150-0489 |
| 891115 | + | Primmer Piper Eggleston & Cramer, P.C., 30 Main Street, Suite 500, P.O. Box 1489, Attn: Ryan M. Long, Esq., Burlington, VT 05402-1489 |
| 891116 | + | QuickBooks Online, 2700 Coast Avenue, Mountain View, CA 94043-1140 |
| 891117 | + | Reliable Capital Advance, LLC, 1178 Broadway, Floor 3, #2011, Attn: General Counsel, New York, NY 10001-5666 |
| 891118 | + | Resy Network, Inc., 222 Broadway, 17th Floor, New York, NY 10038-2569 |
| 891121 | + | Town of Stowe, P.O. Box 190, Stowe, VT 05672-0190 |
| 891123 | | Vermont Department of Labor, c/o VT Attorney General, 109 State Street, Montpelier, VT 05609-1001 |
| 891124 | | Vermont Department of Liquor and Lottery, c/o VT Attorney General, 109 State Street, Montpelier, VT 05609-1001 |
| 891130 | + | Wilkie Puchi, LLP, 228 Park Avenue South, PMB 163250, Attn: Blake Wilkie, Esq., New York, NY 10003-0103 |

TOTAL: 39


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

District/off: 0210-2      User: admin      Page 2 of 3

Date Rcvd: May 04, 2026      Form ID: 309camnd      Total Noticed: 58

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: fisher@mbfisherlaw.com | May 04 2026 19:58:00 | Michael Bryan Fisher, Fisher Law Offices, PLLC, 45 Lyme Road, Suite 205, Hanover, NH 03755 |
| tr | | EDI: BRJOBUCHOWSKI.COM | May 04 2026 23:55:00 | Raymond J Obuchowski, Chapter 7 Trustee, PO Box 60, Bethel, VT 05032-0060 |
| ust | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | May 04 2026 19:58:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| 891077 | | Email/PDF: bncnotices@becket-lee.com | May 04 2026 19:57:49 | American Express Bank, N.A., P.O. Box 1270, Newark, NJ 07101-1270 |
| 891089 | ^ | MEBN | May 04 2026 19:54:13 | CT Corporation System, as representative, 330 N Brand Boulevard, Suite 700, Attn: SPRS, Glendale, CA 91203-2308 |
| 891086 | + | EDI: JPMORGANCHASE | May 04 2026 23:55:00 | Chase Bank USA, N.A., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 891087 | | EDI: COMCASTCBLCENT | May 04 2026 23:55:00 | Comcast Business, P.O. Box 37601, Philadelphia, PA 19101-0601 |
| 891088 | + | Email/Text: Bankruptcynotice@cscglobal.com | May 04 2026 19:58:00 | Corporation Service Company, as representative, P.O. Box 2576, Springfield, IL 62708-2576 |
| 891097 | | EDI: IRS.COM | May 04 2026 23:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 891099 | ^ | MEBN | May 04 2026 19:54:18 | Itria Ventures, LLC, One Penn Plaza, Suite 4915, Attn: General Counsel, New York, NY 10119-0033 |
| 891111 | | Email/Text: Info@nbmvt.com | May 04 2026 19:58:00 | National Bank of MIddlebury, 30 Main Street, P.O. Box 189, Middlebury, VT 05753-0189 |
| 891119 | | Email/Text: _Credit&Collections@suburbanpropane.com | May 04 2026 19:58:00 | Suburban Propane, P.O. Box 160, Whippany, NJ 07981-1060 |
| 891120 | ^ | MEBN | May 04 2026 19:54:17 | Toast, 333 Summer Street, Boston, MA 02210-1702 |
| 891122 | | Email/Text: labor.uibankruptcy@vermont.gov | May 04 2026 19:58:00 | Vermont Department of Labor, 5 Green Mountain Drive, P.O. Box 488, Montpelier, VT 05601-0488 |
| 891127 | | EDI: VERMNTTAX | May 04 2026 23:55:00 | Vermont Department of Taxes, P.O. Box 588, Montpelier, VT 05601-0588 |
| 891126 | | EDI: VERMNTTAX | May 04 2026 23:55:00 | Vermont Department of Taxes, 133 State Street, Montpelier, VT 05633-1401 |
| 891125 | | EDI: VERMNTTAX | May 04 2026 23:55:00 | Vermont Department of Taxes, Bankruptcy Unit, 3rd Floor, 109 State Street, P.O. Box 429, Montpelier, VT 05601-0429 |
| 891128 | + | Email/Text: ebankruptcynotice@veda.org | May 04 2026 19:58:00 | Vermont Economic Development Authority, 58 East State Street, Suite 5, Montpelier, VT 05602-3044 |
| 891129 | + | Email/Text: ebankruptcynotice@veda.org | May 04 2026 19:58:00 | Vermont Small Business Development Corp., 58 East State Street, Suite 5, Montpelier, VT 05602-3044 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

District/off: 0210-2                     User: admin                              Page 3 of 3

Date Rcvd: May 04, 2026                  Form ID: 309camnd                        Total Noticed: 58

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Michael Bryan Fisher
                      on behalf of Debtor Corbyn & Topper Hospitality  LLC fisher@mbfisherlaw.com, fisher.michaelb.r81669@notify.bestcase.com

Raymond J Obuchowski, Chapter 7 Trustee
                      ray@oeblaw.com  VT02@ecfcbis.com;marie@oeblaw.com

U S Trustee
                      ustpregion02.vt.ecf@usdoj.gov


TOTAL: 3